## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN RE:**                                                                   **CHAPTER 13**

Latoya Neshall Miller (Dismissed)                    **CASE NO.: 21-51103-KMS**

**MARVIN SANCHEZE MILLER**

### ORDER DISMISSING CASE FOR NON-PAYMENT

       **THIS MATTER** came on for consideration of the Trustee's Notice and Motion to Dismiss Case for Non-Payment (Dkt.   ), and the Court finding that no timely Response to the Motion was filed, orders and adjudicates as follows:

       **IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion to Dismiss Case for Non-Payment (Dkt.   ) is granted and Debtor(s) Chapter 13 bankruptcy case is hereby dismissed.

### ##END OF ORDER##

Submitted by:

**Warren A. Cuntz, Jr.**
**Chapter 13 Trustee**
P.O. Box 3749
Gulfport, MS  39505-3749
Tel: (228) 831-9531
Fax: (228) 831-9902
Email:  wcuntzcourt@gport13.com