# Proceeding Minutes / Proceeding Memo

**Case #:** 21-51103    **Case Name:** Latoya Neshall Miller and Marvin Sancheze Miller

**Set:** 08/07/2025 10:00 am    **Chapter:** 13    **Type:** bk    **Judge:** Katharine M. Samson

**matter:** Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 7/11/2025 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 08/1/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Dkt. #73)

Response filed by the Debtors (Dkt. #75)

---

Minute Entry Re: (related document(s): [73] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order. Order due by 08/21/2025. Email received from Cuntz's office. (mcc)