**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Latoya Neshall Miller                                    Case No. 21-51103-KMS
          Marvin Sancheze Miller, Debtors                          CHAPTER 13

## MOTION TO INCUR NEW DEBT

COME NOW, Debtors, by and through counsel, and move this Court to allow Debtors to incur new debt the purpose of refinancing the mortgage on the Debtor's real property, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on October 19, 2021.
2. The Debtor is paying approximately 100% to General Unsecured Debts through the plan.
3. The Debtor seeks to refinance the mortgage on their real property located at 15280 Hamilton St., Gulfport, MS 39503 through a fixed-rate VA loan.
4. The proposed refinance will be in the amount of $253,390.00 at a fixed interest rate of 6.625%, with a monthly principal and interest payment of $1,622.48, for a term of thirty (30) years.
5. The Debtor's current mortgage obligation consists of an original loan amount of $250,000.00, with a present principal balance of $244,298.95. The loan carries an interest rate of 7.25% and requires a monthly payment of $2,317.40
6. The Debtor believes this refinancing is in the best interest of the estate and creditors as it will enable the Debtor to maintain plan feasibility and continue making required payments under the confirmed Chapter 13 Plan.

WHEREFORE, the Debtor respectfully requests this Court enter an Order authorizing the Debtor to incur debt in the form of a refinance of their mortgage loan under the terms stated above, and for such other relief as the Court deems just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing was forwarded on August 20, 2025, to the creditor, case trustee and U.S. Trustee as indicated in the "21 day notice" that accompanies this Motion.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

CERTIFICATE OF SERVICE

       I hereby certify that on August 20, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system.  I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

                                                   /s/ Thomas C. Rollins, Jr.
                                                   Thomas C. Rollins, Jr.