## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Latoya Neshall Miller                                    Case No. 21-51103-KMS
           Marvin Sancheze Miller, Debtors                                    CHAPTER 13

## NOTICE

Debtors have filed papers with the court to incur new debt for the purpose of refinancing the mortgage on the Debtor's real property.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: August 20, 2025          Signature:     /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              The Rollins Law Firm, PLLC
                                              P.O Box 13767
                                              Jackson, MS 39236
                                              601-500-5533
                                              trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Latoya Neshall Miller                                    Case No. 21-51103-KMS
          Marvin Sancheze Miller, Debtors                          CHAPTER 13

## MOTION TO INCUR NEW DEBT

COME NOW, Debtors, by and through counsel, and move this Court to allow Debtors to incur new debt the purpose of refinancing the mortgage on the Debtor's real property, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on October 19, 2021.
2. The Debtor is paying approximately 100% to General Unsecured Debts through the plan.
3. The Debtor seeks to refinance the mortgage on their real property located at 15280 Hamilton St., Gulfport, MS 39503 through a fixed-rate VA loan.
4. The proposed refinance will be in the amount of $253,390.00 at a fixed interest rate of 6.625%, with a monthly principal and interest payment of $1,622.48, for a term of thirty (30) years.
5. The Debtor's current mortgage obligation consists of an original loan amount of $250,000.00, with a present principal balance of $244,298.95. The loan carries an interest rate of 7.25% and requires a monthly payment of $2,317.40
6. The Debtor believes this refinancing is in the best interest of the estate and creditors as it will enable the Debtor to maintain plan feasibility and continue making required payments under the confirmed Chapter 13 Plan.

WHEREFORE, the Debtor respectfully requests this Court enter an Order authorizing the Debtor to incur debt in the form of a refinance of their mortgage loan under the terms stated above, and for such other relief as the Court deems just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing was forwarded on August 20, 2025, to the creditor, case trustee and U.S. Trustee as indicated in the "21 day notice" that accompanies this Motion.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

CERTIFICATE OF SERVICE

       I hereby certify that on August 20, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system.  I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

                                  /s/ Thomas C. Rollins, Jr.
                                  Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>LATOYA NESHALL MILLER<br>MARVIN SANCHEZE MILLER | CASE NO: 21-51103<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/20/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Incur Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/20/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>LATOYA NESHALL MILLER<br>MARVIN SANCHEZE MILLER | CASE NO: 21-51103<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 8/20/2025, a copy of the following documents, described below,

Notice and Motion to Incur Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/20/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-51103<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED AUG 20 12-12-0 PST 2025 | HOLMES MOTORS   INC<br>CO BYRD   WISER<br>PO DRAWER 1939<br>BILOXI   MS 39533-1939 | (P)MS DEPARTMENT OF HUMAN SERVICES<br>ATTN BENEFIT RECOVERY UNIT<br>PO BOX 352<br>JACKSON MS 39205-0352 |
| PRA   RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK   VA 23541-1067 | SPEEDYRAPID CASH<br>PO BOX 780408<br>WICHITA   KS 67278-0408 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL   JR US COURTHOUSE~~<br>~~2012 15TH STREET   SUITE 244~~<br>~~GULFPORT   MS 39501-2036~~ |
| AAFES<br>3911 WALTON WALKER<br>DALLAS   TX 75236-1598 | ATT<br>PO BOX 5087<br>CAROL STREAM   IL 60197-5087 | ADVANCE FINANCIAL<br>100 OCEANSIDE DRIVE<br>NASHVILLE   TN 37204-2351 |
| ADVANCE FINANCIAL ADMINISTRATION   LLC<br>CO WEINSTEIN   RILEY   PS<br>2001 WESTERN AVE   STE 400<br>SEATTLE   WA 98121-3132 | ARMY   AIR FORCE EXCHANGE SERVICES<br>ATTENTION GCG<br>3911 S WALTON WALKER BLVD<br>DALLAS   TX 75236-1509 | BANK OF MISSOURI<br>VERVENT<br>2700 S LORRAINE PLACE<br>SIOUX FALLS SD 57106-3657 |
| BONNEVILLE BANK<br>ATTN CREDIT DISPUTES<br>PROVO   UT 84603 | CAPITAL ASSET RECOVERY<br>PO BOX 192585<br>DALLAS   TX 75219-8523 | CONSUMER PORTFOLIO SERVICES<br>PO BOX 57071<br>IRVINE   CA 92619-7071 |
| CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS   NV 89193-8872 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA   PA 19101-7346 | FIRST ACCESS VISA<br>5109 S BROADBAND LANE<br>SIOUX FALLS   SD 57108-2208 |
| HOAI VAN VU<br>200 PASS RD STE A1<br>GULFPORT   MS 39507-3033 | HOLMES MOTORS<br>10651 BONEY AVE<br>DIBERVILLE   MS 39540-4875 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON   MS 39201-5025 |
| KAYCIE D MOODY<br>14951 REDWOOD BOND TRA<br>HOUSTON   TX 77062-2551 | LVNV FUNDING   LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE   SC 29603-0587 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE   SC 29603-0368 |
| MS ATTORNEY GENERAL<br>550 HIGH STREET<br>JACKSON   MS 39201-1111 | MERRICK BANKCARDWORKS<br>PO BOX 9201<br>OLD BETHPAGE   NY 11804-9001 | (P)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | EXCLUDE | |
|---|---|---|
| MISSISSIPPI DEPARTMENT OF EMPLOYMENT SECURIT<br>PO BOX 1699<br>JACKSON MS 39215-1699 | ~~(D)(P)MS DEPARTMENT OF HUMAN SERVICES~~<br>~~ATTN BENEFIT RECOVERY UNIT~~<br>~~PO BOX 352~~<br>~~JACKSON MS 39205-0352~~ | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 22808<br>JACKSON MS 39225-2808 |
| PRA RECEIVABLES MANAGEMENT LLC AS AGENT OF<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PEARL RIVER COMMUNITY<br>101 HWY 11 N<br>BOX 5060<br>POPLARVILLE MS 39470-2201 | PLANET FITNESS<br>12373 US 49 5<br>GULFPORT MS 39503-2980 |
| | EXCLUDE | |
| SPEEDY CASH<br>3611 N RIDGE RD<br>WICHITA KS 67205-1214 | ~~(D)SPEEDYRAPID CASH~~<br>~~PO BOX 780408~~<br>~~WICHITA KS 67278-0408~~ | TOTAL VISA<br>PO BOX 89940<br>SIOUX FALLS SD 57109-6940 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 | US DEPT OF EDUCATION<br>PO BOX 5202<br>GREENVILLE TX 75403-5202 | US DEPT OF EDUCATION<br>CO US ATTORNEY<br>501 E COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 |
| EXCLUDE | | |
| ~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6 430~~<br>~~JACKSON MS 39201-5022~~ | UNIVERSITY OF SOUTHERN MISSISSIPPI<br>ATTN HALEY BAYLIS<br>118 COLLEGE DR 5133<br>HATTIESBURG MS 39406-0001 | VERIZON<br>PO BOX 11328<br>SAINT PETERSB FL 33733-1328 |
| | | DEBTOR |
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG MS 39401-3836 | LATOYA NESHALL MILLER<br>12580 HAMILTON ST<br>GULFPORT MS 39503 |
| | EXCLUDE | EXCLUDE |
| MARVIN SANCHEZE MILLER<br>12580 HAMILTON ST<br>GULFPORT MS 39503 | ~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | ~~(P)WARREN A CUNTZ T1 JR~~<br>~~PO BOX 3749~~<br>~~GULFPORT MS 39505-3749~~ |