_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 16, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  Latoya Neshall Miller | Case No. 21-51103-KMS |
| Marvin Sancheze Miller, Debtors | CHAPTER 13 |

### ORDER AUTHORIZING DEBTORS TO INCUR DEBT

THIS CAUSE having come on this date on the Debtor's Motion to Incur Debt incur debt for the purpose of refinancing the mortgage on the Debtor's real property (DK # 79), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Incur Debt is granted. The Debtor is hereby authorized to refinance the mortgage on the real property located at 15280 Hamilton St., Gulfport, MS 39503, on the following terms: the loan amount shall be $253,390.00 at a fixed interest rate of 6.625%, with a monthly principal and interest payment of $1,622.48, for a thirty (30) year term under a VA loan.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR