_____



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 6, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| LATOYA NESHALL MILLER | **CASE NO.: 21-51103 KMS** |
| MARVIN SANCHEZE MILLER | |

### ORDER RELEASING EARNINGS OF DEBTOR(S)

**THE ORDER (Dkt. 56)** heretofore entered in these proceedings by which the Debtor was required to pay his/her earnings and/or income, or a portion thereof, to the following named Trustee:

WARREN A. CUNTZ, JR. TRUSTEE

P.O. BOX 3749

GULFPORT MS 39505-3749

(228) 831-9531 / (228) 831-9902

**ARE VACATED, AND THE ABOVE-NAMED DEBTOR(S) ARE AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##