

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: January 6, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

IN RE:  **CHAPTER 13**
Latoya Neshall Miller (Dismissed)  **CASE NO.:  21-51103 KMS**
**Marvin Sancheze Miller**

## ORDER DISMISSING CASE

**THIS MATTER** came on for consideration on Motion *Ore Tenus* of the Chapter 13 Trustee to Dismiss Debtors' bankruptcy case, and the Court having considered the matter and being advised that the Debtor(s) have failed to comply with the terms of this Court's Agreed Order Denying Trustee's Motion to Dismiss for Non-Payment (Dk. 77), orders and adjudicates as follows:

**IT IS THEREFORE ORDERED** that based upon the Debtors' failure to comply with this Court's Agreed Order Denying Trustee's Motion to Dismiss for Non-Payment (Dk. 77), Debtors' bankruptcy case is hereby dismissed.

##END OF ORDER##

Order Prepared and Submitted by:

Warren A. Cuntz, Jr.
Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505