United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 21-51103-KMS
Latoya Neshall Miller  Chapter 13
Marvin Sancheze Miller
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Jan 06, 2026      Form ID: n018      Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Latoya Neshall Miller, Marvin Sancheze Miller, 15280 Hamilton St, Gulfport, MS 39503-3150 |
| 5047094 | | Bonneville Bank, Attn Credit Disputes, Provo, UT 84603 |
| 5047097 | + | First Access Visa, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 5047098 | + | Hoai Van Vu, 200 Pass Rd Ste A-1, Gulfport, MS 39507-3033 |
| 5047099 | + | Holmes Motors, 10651 Boney Ave, Diberville, MS 39540-4875 |
| 5047102 | + | Kaycie D Moody, 14951 Redwood Bond Tra, Houston, TX 77062-2551 |
| 5047105 | + | MS Attorney General, 550 High Street, Jackson, MS 39201-1111 |
| 5047108 | + | Pearl River Community, 101 Hwy 11 N, Box 5060, Poplarville, MS 39470-2201 |
| 5047109 | + | Planet Fitness, 12373 US 49 #5, Gulfport, MS 39503-2980 |
| 5047114 | | US Dept of Education, PO Box 5202, Greenville, TX 75403-5202 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bncmail@w-legal.com | Jan 06 2026 19:29:00 | Advance Financial Administration, LLC, c/o Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 89193, UNITED STATES |
| cr | + | Email/Text: wrs@byrdwiser.com | Jan 06 2026 19:29:00 | Holmes Motors, Inc., c/o Byrd & Wiser, PO Drawer 1939, Biloxi, MS 39533-1939 |
| cr | + | Email/Text: benefit.recovery@mdhs.ms.gov | Jan 06 2026 19:29:00 | Mississippi Department of Human Services, PO Box 352, Jackson, MS 39205-0352 |
| cr | + | EDI: PRA.COM | Jan 07 2026 00:26:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5047091 | + | EDI: AAFES | Jan 07 2026 00:26:00 | AAFES, 3911 Walton Walker, Dallas, TX 75236-1598 |
| 5065609 | | Email/Text: bncmail@w-legal.com | Jan 06 2026 19:29:00 | Advance Financial Administration, LLC, c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602 |
| 5047093 | | EDI: ATTWIREBK.COM | Jan 07 2026 00:26:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5047092 | + | Email/Text: bankruptcy@af247.com | Jan 06 2026 19:29:00 | Advance Financial, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5064423 | + | EDI: AAFES | Jan 07 2026 00:26:00 | Army & Air Force Exchange Services, Attention GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236-1509 |
| 5054351 | + | EDI: TCISOLUTIONS.COM | Jan 07 2026 00:26:00 | Bank of Missouri, Vervent, 2700 S Lorraine Place, Sioux Falls SD 57106-3657 |
| 5049452 | + | Email/Text: michael@car-llc.com | Jan 06 2026 19:29:00 | CAPITAL ASSET RECOVERY, PO BOX |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2026 | Form ID: n018 | Total Noticed: 41 |

| Recipient | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | | 192585, DALLAS, TX 75219-8523 |
| 5047095 | + Email/Text: bankruptcy@consumerportfolio.com | Jan 06 2026 19:29:00 | CONSUMER PORTFOLIO SERVICES, PO BOX 57071, IRVINE, CA 92619-7071 |
| 5047096 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 06 2026 19:40:27 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5047100 | EDI: IRS.COM | Jan 07 2026 00:26:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5047101 | + Email/Text: ebone.woods@usdoj.gov | Jan 06 2026 19:29:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5063465 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2026 19:40:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5052755 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 06 2026 19:40:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5047104 | Email/Text: ml-ebn@missionlane.com | Jan 06 2026 19:29:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 5047103 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 06 2026 19:40:27 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5047106 | + Email/Text: bankruptcy@mdes.ms.gov | Jan 06 2026 19:29:00 | Mississippi Department of Employment Security, P.O. Box 1699, Jackson, MS 39215-1699 |
| 5047107 | + Email/Text: benefit.recovery@mdhs.ms.gov | Jan 06 2026 19:29:00 | Mississippi Department of Human Services, Constance L. Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5068059 | EDI: MSDOR | Jan 07 2026 00:26:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson, MS 39225-2808 |
| 5324563 | + EDI: PRA.COM | Jan 07 2026 00:26:00 | PRA Receivables Management, LLC as agent of, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5047110 | + Email/Text: bkinfo@ccfi.com | Jan 06 2026 19:29:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5062795 | + Email/Text: bkinfo@ccfi.com | Jan 06 2026 19:29:00 | Speedy/Rapid Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 5047111 | + EDI: TCISOLUTIONS.COM | Jan 07 2026 00:26:00 | Total Visa, P.O. Box 89940, Sioux Falls, SD 57109-6940 |
| 5047113 | ^ MEBN | Jan 06 2026 19:25:33 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5047115 | + Email/Text: ebone.woods@usdoj.gov | Jan 06 2026 19:29:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5047112 | + Email/Text: bankruptcy@usm.edu | Jan 06 2026 19:29:00 | University of Southern Mississippi, Attn: Haley Baylis, 118 College Dr. #5133, Hattiesburg, MS 39406-0001 |
| 5063527 | + EDI: AIS.COM | Jan 07 2026 00:26:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5047116 | + EDI: VERIZONCOMB.COM | Jan 07 2026 00:26:00 | Verizon, PO Box 11328, Saint Petersb, FL 33733-1328 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2026 | Form ID: n018 | Total Noticed: 41 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Speedy/Rapid Cash, PO Box 780408, Wichita, KS 67278-0408 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2026             Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Constance L Morrow | on behalf of Creditor Mississippi Department of Human Services constance.morrow@mdhs.ms.gov |
| Jennifer A Curry Calvillo | on behalf of Debtor Latoya Neshall Miller jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Marvin Sancheze Miller jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Robert Alan Byrd | on behalf of Creditor Holmes Motors Inc. rab@byrdwiser.com, wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Latoya Neshall Miller trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Marvin Sancheze Miller trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 8

**United States Bankruptcy Court**
**Southern District of Mississippi**

Case Number  21−51103−KMS

In re:  Chapter  13

Latoya Neshall Miller           Marvin Sancheze Miller
 15280 Hamilton St               15280 Hamilton St
Gulfport, MS 39503              Gulfport, MS 39503

**SSN:** xxx−xx−5657    **EIN:** NA        **SSN:** xxx−xx−2565    **EIN:** NA

**NOTICE OF DISMISSAL OF JOINT DEBTOR**

Notice is hereby given that an order was entered on January 6, 2026 dismissing Marvin Sancheze Miller.

Dated:   January 6, 2026                Danny L. Miller, Clerk
                                        Dan M. Russell, Jr. U.S. Courthouse
                                        2012 15th Street, Suite 244
(n018−dsmjo2)                           Gulfport, MS 39501