## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Latoya Neshall Miller                                       Case No. 21-51103-KMS
         Marvin Sancheze Miller, Debtors                             CHAPTER 13

## **NOTICE**

Debtor have filed papers with the court to reinstate their bankruptcy.
**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
702 West Pine St.
Hattiesburg, MS 39401
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Reinstate.

Date: February 2, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             The Rollins Law Firm, PLLC
                                             702 West Pine St.
                                             Hattiesburg, MS 39401

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Latoya Neshall Miller                                   Case No. 21-51103-KMS
         Marvin Sancheze Miller, Debtors                         CHAPTER 13

## MOTION TO REINSTATE

COMES NOW, Debtor, Marvin Sancheze Miller, by and through counsel, and move this Court to reinstate his Chapter 13 bankruptcy case, and in support thereof, would show the Court as follows:

I.

Debtor has submitted the funds to reinstate the case and can continue to make plan payment going forward.

II.

Debtor is requesting that the Chapter 13 bankruptcy be reinstated as to Marvin Sancheze Miller only.

WHEREFORE, Debtor prays that their Bankruptcy Plan be reinstated and for such additional or alternative relief as may be just and proper.

                              Respectfully submitted

                              /s/ Thomas C. Rollins, Jr.
                              Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
702 West Pine St.
Hattiesburg, MS 39401
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above Motion to Reinstate was forwarded on February 2, 2026, to the creditor, case trustee and U.S. Trustee as indicated in the "21 day notice" that accompanies this Objection.

                              /s/ Thomas C. Rollins, Jr.
                              Thomas C. Rollins, Jr.

<u>CERTIFICATE OF SERVICE</u>

  I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Reinstate was forwarded on February 2, 2026, to:

By Electronic CM/ECF Notice:

  Case Trustee
  U.S. Trustee

              <u>/s/ Thomas C. Rollins, Jr.</u>
              Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

LATOYA NESHALL MILLER
MARVIN SANCHEZE MILLER

CASE NO: 21-51103

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 2/2/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Reinstate

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/2/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>LATOYA NESHALL MILLER<br>MARVIN SANCHEZE MILLER | CASE NO: 21-51103<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 2/2/2026, a copy of the following documents, described below,

Notice and Motion to Reinstate

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/2/2026

_(signature)_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-51103<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON FEB 2 10-55-55 PST 2026 | (P)ADVANCE FINANCIAL ADMINISTRATION LLC<br>ATTN CO WEINSTEIN RILEY P S<br>1415 WESTERN AVE<br>SUITE 700<br>SEATTLE WA 98101-2051 | HOLMES MOTORS INC<br>CO BYRD WISER<br>PO DRAWER 1939<br>BILOXI MS 39533-1939 |
| MISSISSIPPI DEPARTMENT OF HUMAN SERVICES<br>PO BOX 352<br>JACKSON MS 39205-0352 | PRA RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK VA 23541-1067 | SPEEDYRAPID CASH<br>PO BOX 780408<br>WICHITA KS 67278-0408 |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL JR US COURTHOUSE~~<br>~~2012 15TH STREET SUITE 244~~<br>~~GULFPORT MS 39501-2036~~ | AAFES<br>3911 WALTON WALKER<br>DALLAS TX 75236-1598 | ATT<br>PO BOX 5087<br>CAROL STREAM IL 60197-5087 |
| ADVANCE FINANCIAL<br>100 OCEANSIDE DRIVE<br>NASHVILLE TN 37204-2351 | ~~EXCLUDE~~<br>~~(D)(P)ADVANCE FINANCIAL ADMINISTRATION LLC~~<br>~~ATTN CO WEINSTEIN RILEY P S~~<br>~~1415 WESTERN AVE~~<br>~~SUITE 700~~<br>~~SEATTLE WA 98101-2051~~ | ARMY AIR FORCE EXCHANGE SERVICES<br>ATTENTION GCG<br>3911 S WALTON WALKER BLVD<br>DALLAS TX 75236-1509 |
| BANK OF MISSOURI<br>VERVENT<br>2700 S LORRAINE PLACE<br>SIOUX FALLS SD 57106-3657 | BONNEVILLE BANK<br>ATTN CREDIT DISPUTES<br>PROVO UT 84603 | CAPITAL ASSET RECOVERY<br>PO BOX 192585<br>DALLAS TX 75219-8523 |
| CONSUMER PORTFOLIO SERVICES<br>PO BOX 57071<br>IRVINE CA 92619-7071 | CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS NV 89193-8872 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| FIRST ACCESS VISA<br>5109 S BROADBAND LANE<br>SIOUX FALLS SD 57108-2208 | HOAI VAN VU<br>200 PASS RD STE A1<br>GULFPORT MS 39507-3033 | HOLMES MOTORS<br>10651 BONEY AVE<br>DIBERVILLE MS 39540-4875 |
| INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 | KAYCIE D MOODY<br>14951 REDWOOD BOND TRA<br>HOUSTON TX 77062-2551 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 | MS ATTORNEY GENERAL<br>550 HIGH STREET<br>JACKSON MS 39201-1111 | MERRICK BANKCARDWORKS<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 |

(P)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

MISSISSIPPI DEPARTMENT OF EMPLOYMENT SECURIT
PO BOX 1699
JACKSON  MS 39215-1699

MISSISSIPPI DEPARTMENT OF HUMAN SERVICES
CONSTANCE L MORROW
PO BOX 352
JACKSON  MS 39205-0352

MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
POST OFFICE BOX 22808
JACKSON  MS 39225-2808

PRA RECEIVABLES MANAGEMENT  LLC AS AGENT OF
PORTFOLIO RECOVERY ASSOCIATES  LLC
PO BOX 41067
NORFOLK  VA 23541-1067

PEARL RIVER COMMUNITY
101 HWY 11 N
BOX 5060
POPLARVILLE  MS 39470-2201

PLANET FITNESS
12373 US 49 5
GULFPORT  MS 39503-2980

SPEEDY CASH
3611 N RIDGE RD
WICHITA  KS 67205-1214

~~EXCLUDE~~
~~(D)SPEEDYRAPID CASH~~
~~PO BOX 780408~~
~~WICHITA  KS 67278-0408~~

TOTAL VISA
PO BOX 89940
SIOUX FALLS  SD 57109-6940

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

US DEPT OF EDUCATION
PO BOX 5202
GREENVILLE  TX 75403-5202

US DEPT OF EDUCATION
CO US ATTORNEY
501 E COURT ST
STE 4430
JACKSON  MS 39201-5025

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

UNIVERSITY OF SOUTHERN MISSISSIPPI
ATTN HALEY BAYLIS
118 COLLEGE DR 5133
HATTIESBURG  MS 39406-0001

VERIZON
PO BOX 11328
SAINT PETERSB  FL 33733-1328

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

DEBTOR

LATOYA NESHALL MILLER
15280 HAMILTON ST
GULFPORT  MS 39503-3150

MARVIN SANCHEZE MILLER
15280 HAMILTON ST
GULFPORT  MS 39503-3150

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

(P)WARREN A  CUNTZ T1 JR
PO BOX 3749
GULFPORT MS 39505-3749