## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Latoya Neshall Miller                                  Case No. 21-51103-KMS
         Marvin Sancheze Miller, Debtors                        CHAPTER 13

## ORDER REINSTATING BANKRUPTCY CASE

THIS CAUSE having come on this date on the Debtor Marvin Sancheze Miller's Motion to Reinstate (DK #___), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion Reinstate is granted as to Marvin Sancheze Miller only.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
702 West Pine St.
Hattiesburg, MS 39401
601-500-5533
ATTORNEY FOR DEBTOR(S)