_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: March 2, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Latoya Neshall Miller                                   Case No. 21-51103-KMS
         Marvin Sancheze Miller, Debtors                         CHAPTER 13

## ORDER REINSTATING BANKRUPTCY CASE

THIS CAUSE having come on this date on the Debtor Marvin Sancheze Miller's Motion to Reinstate (DK # 90 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion Reinstate is granted as to Marvin Sancheze Miller only.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
702 West Pine St.
Hattiesburg, MS 39401
601-500-5533
ATTORNEY FOR DEBTOR(S)