United States Bankruptcy Court
Southern District of Mississippi

In re:   Case No. 21-51103-KMS
Latoya Neshall Miller   Chapter 13
Marvin Sancheze Miller
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Mar 02, 2026     Form ID: pdf012     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Latoya Neshall Miller, Marvin Sancheze Miller, 15280 Hamilton St, Gulfport, MS 39503-3150 |
| 5047094 | | Bonneville Bank, Attn Credit Disputes, Provo, UT 84603 |
| 5049452 | + | CAPITAL ASSET RECOVERY, PO BOX 192585, DALLAS, TX 75219-8523 |
| 5047097 | + | First Access Visa, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 5047098 | + | Hoai Van Vu, 200 Pass Rd Ste A-1, Gulfport, MS 39507-3033 |
| 5047099 | + | Holmes Motors, 10651 Boney Ave, Diberville, MS 39540-4875 |
| 5047102 | + | Kaycie D Moody, 14951 Redwood Bond Tra, Houston, TX 77062-2551 |
| 5047105 | + | MS Attorney General, 550 High Street, Jackson, MS 39201-1111 |
| 5047108 | + | Pearl River Community, 101 Hwy 11 N, Box 5060, Poplarville, MS 39470-2201 |
| 5047109 | + | Planet Fitness, 12373 US 49 #5, Gulfport, MS 39503-2980 |
| 5047114 | | US Dept of Education, PO Box 5202, Greenville, TX 75403-5202 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bncmail@w-legal.com | Mar 02 2026 19:53:00 | Advance Financial Administration, LLC, c/o Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 89193, UNITED STATES |
| cr | + | Email/Text: wrs@byrdwiser.com | Mar 02 2026 19:53:00 | Holmes Motors, Inc., c/o Byrd & Wiser, PO Drawer 1939, Biloxi, MS 39533-1939 |
| cr | + | Email/Text: benefit.recovery@mdhs.ms.gov | Mar 02 2026 19:53:00 | Mississippi Department of Human Services, PO Box 352, Jackson, MS 39205-0352 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2026 19:59:45 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5047091 | + | Email/Text: BankruptcyNotices@aafes.com | Mar 02 2026 19:53:00 | AAFES, 3911 Walton Walker, Dallas, TX 75236-1598 |
| 5065609 | | Email/Text: bncmail@w-legal.com | Mar 02 2026 19:53:00 | Advance Financial Administration, LLC, c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602 |
| 5047093 | | Email/Text: g17768@att.com | Mar 02 2026 19:53:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5047092 | + | Email/Text: bankruptcy@af247.com | Mar 02 2026 19:54:00 | Advance Financial, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5064423 | + | Email/Text: BankruptcyNotices@aafes.com | Mar 02 2026 19:53:00 | Army & Air Force Exchange Services, Attention GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236-1509 |
| 5054351 | + | Email/Text: famc-bk@1stassociates.com | Mar 02 2026 19:53:00 | Bank of Missouri, Vervent, 2700 S Lorraine Place, Sioux Falls SD 57106-3657 |
| 5047095 | + | Email/Text: bankruptcy@consumerportfolio.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 02, 2026 | Form ID: pdf012 | Total Noticed: 41 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 02 2026 19:53:00 | CONSUMER PORTFOLIO SERVICES, PO BOX 57071, IRVINE, CA 92619-7071 |
| 5047096 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 02 2026 19:59:41 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5047100 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 02 2026 19:53:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5047101 | + | Email/Text: ebone.woods@usdoj.gov | Mar 02 2026 19:53:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5063465 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2026 19:59:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5052755 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 02 2026 19:59:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5047104 | | Email/Text: ml-ebn@missionlane.com | Mar 02 2026 19:53:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 5047103 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 02 2026 19:49:27 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5047106 | + | Email/Text: bankruptcy@mdes.ms.gov | Mar 02 2026 19:54:00 | Mississippi Department of Employment Security, P.O. Box 1699, Jackson, MS 39215-1699 |
| 5047107 | + | Email/Text: benefit.recovery@mdhs.ms.gov | Mar 02 2026 19:53:00 | Mississippi Department of Human Services, Constance L. Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5068059 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Mar 02 2026 19:53:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson, MS 39225-2808 |
| 5324563 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2026 19:59:41 | PRA Receivables Management, LLC as agent of, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5047110 | + | Email/Text: bkinfo@ccfi.com | Mar 02 2026 19:53:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5062795 | + | Email/Text: bkinfo@ccfi.com | Mar 02 2026 19:53:00 | Speedy/Rapid Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 5047111 | + | Email/Text: famc-bk@1stassociates.com | Mar 02 2026 19:53:00 | Total Visa, P.O. Box 89940, Sioux Falls, SD 57109-6940 |
| 5047113 | ^ | MEBN | Mar 02 2026 19:47:55 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5047115 | + | Email/Text: ebone.woods@usdoj.gov | Mar 02 2026 19:53:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5047112 | + | Email/Text: bankruptcy@usm.edu | Mar 02 2026 19:53:00 | University of Southern Mississippi, Attn: Haley Baylis, 118 College Dr. #5133, Hattiesburg, MS 39406-0001 |
| 5063527 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 02 2026 19:59:41 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5047116 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 02 2026 19:53:00 | Verizon, PO Box 11328, Saint Petersb, FL 33733-1328 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Speedy/Rapid Cash, PO Box 780408, Wichita, KS 67278-0408 |

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 02, 2026 | Form ID: pdf012 | Total Noticed: 41 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Constance L Morrow | on behalf of Creditor Mississippi Department of Human Services constance.morrow@mdhs.ms.gov |
| Jennifer A Curry Calvillo | on behalf of Debtor Latoya Neshall Miller jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Marvin Sancheze Miller jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Robert Alan Byrd | on behalf of Creditor Holmes Motors  Inc. rab@byrdwiser.com, wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Latoya Neshall Miller trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Marvin Sancheze Miller trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 8

_____



      SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: March 2, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Latoya Neshall Miller                       Case No. 21-51103-KMS
            Marvin Sancheze Miller, Debtors                       CHAPTER 13

### ORDER REINSTATING BANKRUPTCY CASE

THIS CAUSE having come on this date on the Debtor Marvin Sancheze Miller's Motion to Reinstate (DK # 90 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion Reinstate is granted as to Marvin Sancheze Miller only.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
702 West Pine St.
Hattiesburg, MS 39401
601-500-5533
ATTORNEY FOR DEBTOR(S)